416 P.2d 380

**James J. HERRERA, Petitioner,**

v.

**Harold A. COX, Warden of the New Mexico State Penitentiary, Respondent.**

**No. 449–H.C.**

Supreme Court of New Mexico.

July 26, 1966.

This cause having heretofore been argued, submitted and taken under advisement, and the Court being now sufficiently advised, announces its decision quashing the writ of habeas corpus heretofore issued herein, for the reasons given in the findings of the Court on file.

416 P.2d 380

**STATE of New Mexico ex rel. UNITED NUCLEAR CORPORATION, a corporation, Petitioner,**

v.

**The Honorable Samuel Z. MONTOYA, District Judge, First Judicial District of the State of New Mexico.**

**No. 8190.**

Supreme Court of New Mexico.

July 28, 1966.

ORDER.

CHAVEZ, Justice.

Ordered, adjudged and decreed that a peremptory writ of mandamus in due form of law be issued requiring respondent to decide the motion to dismiss the first amended complaint in Cause No. 35669 within ten (10) days from the date hereof. The Clerk of this Court is hereby directed to issue said peremptory writ of mandamus.